# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 4:96-cr-00056-MR-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TIMOTHY LAMONT RUFF, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's filing entitled "Addendum" [Doc. 132], which the Court received on June 6, 2016.

On May 2, 2016, the Court received a filing from the Defendant entitled "Addendum," in which the Defendant sought relief under the Supreme Court's recent decision in Johnson v. United States, 135 S.Ct. 2551 (2015). [Doc. 129]. Noting that the Defendant had provided no evidence that he had secured authorization from the Fourth Circuit to file a successive § 2255 motion as required by 28 U.S.C. § 2255(h), this Court denied his motion. [Doc. 130].

In the present "Addendum," which the Court also construes as a motion, the Defendant argues that his prior motion was wrongfully denied

because he has received authorization from the Fourth Circuit Court of Appeals to a file a second or successive petition. The Defendant also renews his request for relief under Johnson in his motion. [Doc. 132].

A review of the Fourth Circuit's docket reveals that the Court of Appeals granted the Defendant authorization to file a second or successive § 2255 motion on May 23, 2016, three weeks after the filing of the Defendant's May 2, 2016 "Addendum." In re: Ruff, No. 16-539 (4th Cir. May 23, 2016). Thus, the May 2, 2016 Addendum was properly denied as an unauthorized second or successive habeas motion. In light of the Court of Appeals' Order of May 23, 2016, however, the Defendant's most recent "Addendum" can be properly considered an authorized second or successive motion to vacate under 28 U.S.C. § 2255.

**IT IS, THEREFORE, ORDERED** that the Defendant's filing entitled "Addendum" [Doc. 132] is hereby construed as an authorized second or successive motion to vacate pursuant to 28 U.S.C. § 2255. The Clerk is respectfully directed to open a separate civil case and to provide notice of the Defendant's motion as well as a copy of this Order to the Government, the Defendant, and the Federal Defenders of Western North Carolina.

**IT IS SO ORDERED.** Signed: June 9, 2016

Martin Reidinger
United States District Judge