IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL FILE NO. 1:16-cv-00156-MR
CRIMINAL FILE NO. 4:96-cr-00056-MR-1

| | |
|---|---|
| TIMOTHY LAMONT RUFF, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Petitioner's *pro se* "Motion to Vacate Sentence." [Doc. 11].

On August 24, 2016, this Court stayed this action pending a decision by the Fourth Circuit Court of Appeals in the cases of United States v. Ali, No. 15-4433 (4th Cir.) and United States v. Simms, No. 15-4640 (4th Cir.). [Doc. 7]. Thereafter, Petitioner filed the present motion, asserting additional arguments in support of the merits of his claims on his motion to vacate. [Doc. 11]. The Court will deny Petitioner's motion at this time because this action has been stayed.

**IT IS, THEREFORE, ORDERED** that Petitioner's "Motion to Vacate Sentence" [Doc. 11] is **DENIED WITHOUT PREJUDICE** at this time because this action has been stayed.

**IT IS SO ORDERED.**

Signed: November 4, 2016

Martin Reidinger
United States District Judge